UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLONY INSURANCE COMPANY,

    Plaintiff/Counter-Claim Defendant,

v.                              CASE NO.: 23-CV-243-JLB-MRM

MOTOR DEPOT, LLC,
BEN BENGELLOUN,
TAMARA NASSER, NASR ALGHRAIRI,
and MERAL BADAWY,

    Defendants/Counter-Claim Plaintiffs.

## PLAINTIFF COLONY INSURANCE COMPANY'S NOTICE OF SETTLEMENT

COMES NOW, Plaintiff COLONY INSURANCE COMPANY, and gives notice that COLONY INSURANCE COMPANY, MOTOR DEPOT, LLC, BEN BENGELLOUN, TAMARA NASSER, NASR ALGHRAIRI and MERAL BADAWY settled their claims. The parties request thirty days to submit a Joint Stipulation and proposed Order of Dismissal while they exchange the executed release and settlement drafts.

*/s/ Kathy J. Maus*

KATHY J. MAUS, ESQ.
Florida Bar No.: 0896330
kmaus@butler.legal
SAMANTHA P. WUSCHKE, ESQ.

        Florida Bar No.:  1033232
        Butler Weihmuller Katz Craig, LLP
        swuschke@butler.legal
        Secondary:    bsumrow@butler.legal
                       cchamelin@butler.legal
        Mail Center: 400 N. Ashley Drive, Suite 2300
                    Tampa, Florida 33602
        Telephone:  (850) 894-4111
        Facsimile:   (850) 894-4999
        *Counsel for Plaintiff Colony Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

Jeffrey Martin Guy, Esq.
Guy Law Group
2170 Main Street, Suite 205
Sarasota, FL  34237
jguy@guylaw.org
*Attorney for Meral Badawy*

George Nader, Esq.
Micah R. Novey, Esq.
Trenam, Kemker, Schark, Barkin, Frye, O'Neill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, FL  33602
mnovey@trenam.com
*Attorney for Tamara Nasser and Nasr Algrairi*

Jason Baruch, Esq.
Holland & Knight
100 North Tampa Street, Suite 4100
Tampa, FL  33602
jason.baruch@hklaw.com
wendysue.henry@hklaw.com
*Attorney for Tamara Nasser and Nasr Alghrairi*

Eric Thiel, Esq.
Banker Lopez Gassler P.A.
501 E. Kennedy Blvd.
Suite 1700
Tampa, FL 33602
*Attorney for Motor Depot, LLC, and Mr. Bengelloun*

by e-Portal on July 16, 2024.

*Kathy J Maus*

KATHY J. MAUS